UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:
Francisco Rivas and Rosa Tejada
Debtors

CHAPTER 7
CASE NO. 13-10305-DF

## MOTION TO TERMINATE LOSS MITIGATION ORDER
## SECOND MORTGAGE

Now Comes Sovereign Bank, NA and respectfully requests that this Court terminate the Loss Mitigation Period and vacate the Order granting the Loss Mitigation Request. In support thereof, Sovereign Bank, NA states as follows:

1. On March 29, 2013, the Debtors filed a Loss Mitigation Notice/Request (Docket No. 20).

2. On April 2, 2013, Debtors' counsel was provided a loan modification package to complete and return for review. On the same day, Debtors' counsel was advised that the second lien has been charged off and the only loss mitigation options available would be a voluntary repayment plan or short-sale.

3. Debtors' counsel confirmed debtors might be interested in a repayment plan depending result on the review of first mortgage.

4. On April 12, 2013, a status regarding the loan modification package was requested from Debtors' counsel as the package is needed to determine repayment options.

5. On April 15, 2013, an Order granting Loss Mitigation Notice/Request entered. (Docket No. 26).

6. On April 23, 2013, a status regarding the loan modification package was requested from Debtors' counsel.

7. To date no response regarding the status of the loss mitigation package has been received and the package has not been returned.

WHEREFORE, Sovereign Bank, NA respectfully requests that this Court vacate the Loss Mitigation Order which entered on April 15, 2013.

Sovereign Bank, NA
By Lender's attorney,
/s/ Wayne E. George
Wayne E George, Esquire
RI #8151
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-398-4800
ribk@harmonlaw.com

Dated: April 25, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| IN RE: | CHAPTER 7 |
| Francisco Rivas and Rosa Tejada | CASE NO. 13-10305-DF |
| Debtors | |

CERTIFICATE OF SERVICE

I, Wayne E George, Esquire, state that on April 25, 2013, I electronically filed the foregoing Motion with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Lisa A. Geremia, Esquire, Chapter 7 Trustee
Gary L. Donahue, Esquire, Assistant U.S. Trustee
John B. Ennis, Esquire for the Debtors
Timothy W. Larson, Esquire for Sovereign Bank, NA

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Wayne E. George
Wayne E George, Esquire
RI # 8151

Francisco Rivas
404 Orms Street Apt. 2
Providence, RI 02909

Rosa Tejada
404 Orms Street Apt. 2
Providence, RI 02909